IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

__Bobby ☉ Henard__, Plaintiff,

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JUN -9 2022**

JEFFREY P. COLWELL
CLERK

v.

__City of Denver, City of Denver__
__Denver Health__
__Seth Humphries__, Defendant(s).

PRISONER'S MOTION AND AFFIDAVIT
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. The nature of this action is: "Excessive force" Unlawful Seizure Injecting Ketamine And Monell Claim Against City of Denver And Denver Health

(Rev. 10/01/12)

4. My assets and their value are listed below: (attach an additional page if necessary)

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

-0- Indigent at county Jail of Jefferson

5. Are you in imminent danger of serious physical injury?

✓ Yes __ No (CHECK ONE). If you answered yes, briefly explain your answer:

Request Preliminary Injunction on Henard v. Shreadeler

6. I have attached to this motion a signed authorization directing my custodian to calculate and disburse funds from my inmate trust fund account or institutional equivalent to pay the required filing fee.

7. I have attached to this motion a certificate from the appropriate official at each penal institution in which I have been confined during the six-month period immediately preceding the filing of this action and a certified copy of my inmate trust fund account statement for the same six-month period.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  6-2-2022
          (Date)

_Holly Henrd_
(Prisoner's Original Signature)

## AUTHORIZATION

I, _Bobby Menard_ request and authorize the agency holding me in custody to calculate and disburse funds from my inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with this civil action and I understand that the total filing fee of $350.00 is due and will be paid from my inmate trust fund account or institutional equivalent regardless of the outcome of this case.


Prisoner Name (please print): _____

Prisoner Signature: _____

Defendants

Jordan Christensen

John Doe Student

John/Jane Doe Doctor

John/Jane Doe Nurse

# Inmate Balance History Report - Simple

Created: 6/1/2022 18:27:08

Number: P01138778  Secondary: 2109772  Location: JCSO 6D 29
Name: HENARD, BOBBY EANRICCO

| Transaction | Date | Transaction Amount | Running Balance | Running Owed | Running Other |
|---|---|---|---|---|---|
| BOOKING FEE | 06/18/2021 02:05:33AM | ($30.00) | $0.00 | ($30.00) | $0.00 |
| MAIL CREDIT | 06/28/2021 01:12:01AM | $20.00 | $4.00 | ($14.00) | $0.00 |
| SECURUS PHONE TIME | 07/04/2021 03:23:56PM | ($1.00) | $3.00 | ($14.00) | $0.00 |
| SECURUS PHONE TIME | 07/04/2021 03:24:08PM | ($1.00) | $2.00 | ($14.00) | $0.00 |
| SECURUS PHONE TIME | 07/04/2021 03:24:21PM | ($1.00) | $1.00 | ($14.00) | $0.00 |
| SECURUS PHONE TIME | 07/04/2021 03:24:25PM | ($1.00) | $0.00 | ($14.00) | $0.00 |
| MEDICAL CHARGE | 08/13/2021 12:32:48AM | ($15.00) | $0.00 | ($29.00) | $0.00 |
| MEDICAL CHARGE | 08/17/2021 12:33:29AM | ($5.00) | $0.00 | ($34.00) | $0.00 |
| MEDICAL CHARGE | 08/19/2021 12:33:34AM | ($5.00) | $0.00 | ($39.00) | $0.00 |
| MEDICAL CHARGE | 08/21/2021 12:33:38AM | ($5.00) | $0.00 | ($44.00) | $0.00 |
| MEDICAL CHARGE | 08/27/2021 12:33:49AM | ($5.00) | $0.00 | ($49.00) | $0.00 |
| MEDICAL CHARGE | 08/28/2021 12:33:51AM | ($5.00) | $0.00 | ($54.00) | $0.00 |
| MEDICAL CHARGE | 08/28/2021 12:33:51AM | ($5.00) | $0.00 | ($59.00) | $0.00 |
| MEDICAL CHARGE | 09/06/2021 12:34:09AM | ($10.00) | $0.00 | ($69.00) | $0.00 |
| MEDICAL CHARGE | 09/08/2021 12:34:13AM | ($5.00) | $0.00 | ($74.00) | $0.00 |
| MEDICAL CHARGE | 09/10/2021 12:34:15AM | ($5.00) | $0.00 | ($79.00) | $0.00 |
| MEDICAL CHARGE | 09/10/2021 12:34:16AM | ($5.00) | $0.00 | ($84.00) | $0.00 |
| MEDICAL CHARGE | 09/15/2021 12:34:27AM | ($5.00) | $0.00 | ($89.00) | $0.00 |
| MEDICAL CHARGE | 09/17/2021 12:34:30AM | ($5.00) | $0.00 | ($94.00) | $0.00 |
| MEDICAL CHARGE | 09/17/2021 12:34:30AM | ($5.00) | $0.00 | ($99.00) | $0.00 |
| MEDICAL CHARGE | 09/17/2021 12:34:30AM | ($5.00) | $0.00 | ($104.00) | $0.00 |
| MEDICAL CHARGE | 09/17/2021 12:34:30AM | ($5.00) | $0.00 | ($109.00) | $0.00 |
| MEDICAL CHARGE | 09/17/2021 12:34:30AM | ($5.00) | $0.00 | ($114.00) | $0.00 |
| MEDICAL CHARGE | 09/28/2021 12:34:49AM | ($5.00) | $0.00 | ($119.00) | $0.00 |
| MEDICAL CHARGE | 10/02/2021 12:34:51AM | ($5.00) | $0.00 | ($124.00) | $0.00 |
| MEDICAL CHARGE | 10/06/2021 12:34:54AM | ($5.00) | $0.00 | ($129.00) | $0.00 |
| MEDICAL CHARGE | 10/07/2021 12:35:05AM | ($5.00) | $0.00 | ($134.00) | $0.00 |
| MEDICAL CHARGE | 10/11/2021 12:35:14AM | ($5.00) | $0.00 | ($139.00) | $0.00 |
| MEDICAL CHARGE | 10/13/2021 12:35:18AM | ($5.00) | $0.00 | ($144.00) | $0.00 |
| MEDICAL CHARGE | 10/13/2021 12:35:18AM | ($5.00) | $0.00 | ($149.00) | $0.00 |
| MEDICAL CHARGE | 10/15/2021 12:35:22AM | ($15.00) | $0.00 | ($164.00) | $0.00 |
| MEDICAL CHARGE | 10/21/2021 12:35:33AM | ($5.00) | $0.00 | ($169.00) | $0.00 |
| MEDICAL CHARGE | 10/21/2021 12:35:33AM | ($5.00) | $0.00 | ($174.00) | $0.00 |
| MEDICAL CHARGE | 10/21/2021 12:35:33AM | ($5.00) | $0.00 | ($179.00) | $0.00 |
| MEDICAL CHARGE | 10/21/2021 12:35:33AM | ($5.00) | $0.00 | ($184.00) | $0.00 |
| MEDICAL CHARGE | 10/21/2021 12:35:33AM | ($5.00) | $0.00 | ($189.00) | $0.00 |
| MEDICAL CHARGE | 10/22/2021 12:35:35AM | ($3.00) | $0.00 | ($192.00) | $0.00 |
| MEDICAL CHARGE | 10/22/2021 12:35:35AM | ($5.00) | $0.00 | ($197.00) | $0.00 |
| MEDICAL CHARGE | 10/22/2021 12:35:35AM | ($5.00) | $0.00 | ($202.00) | $0.00 |
| MEDICAL CHARGE | 10/22/2021 12:35:35AM | ($5.00) | $0.00 | ($207.00) | $0.00 |
| MEDICAL CHARGE | 10/23/2021 12:35:37AM | ($15.00) | $0.00 | ($222.00) | $0.00 |
| MEDICAL CHARGE | 10/24/2021 12:35:38AM | ($35.00) | $0.00 | ($257.00) | $0.00 |
| MEDICAL CHARGE | 10/24/2021 12:35:38AM | ($40.00) | $0.00 | ($297.00) | $0.00 |
| MEDICAL CHARGE | 10/31/2021 12:35:52AM | ($15.00) | $0.00 | ($312.00) | $0.00 |
| MEDICAL CHARGE | 11/01/2021 12:35:54AM | ($10.00) | $0.00 | ($322.00) | $0.00 |
| MEDICAL CHARGE | 11/07/2021 12:36:04AM | ($5.00) | $0.00 | ($327.00) | $0.00 |
| MEDICAL CHARGE | 11/07/2021 12:36:04AM | ($5.00) | $0.00 | ($332.00) | $0.00 |
| MEDICAL CHARGE | 11/09/2021 12:43:05AM | ($5.00) | $0.00 | ($337.00) | $0.00 |
| MEDICAL CHARGE | 11/10/2021 12:43:07AM | ($15.00) | $0.00 | ($352.00) | $0.00 |
| MEDICAL CHARGE | 11/10/2021 12:43:07AM | ($5.00) | $0.00 | ($357.00) | $0.00 |
| MEDICAL CHARGE | 11/10/2021 12:43:07AM | ($5.00) | $0.00 | ($362.00) | $0.00 |
| MEDICAL CHARGE | 11/10/2021 12:43:07AM | ($5.00) | $0.00 | ($367.00) | $0.00 |
| MEDICAL CHARGE | 11/12/2021 12:43:11AM | ($20.00) | $0.00 | ($387.00) | $0.00 |

This report may contain privileged and/or confidential information that is intended solely for the use of the Correctional Facility. The report may contain nonpublic personal information about inmates subject to the restrictions of privacy laws. You may not directly or indirectly reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information.

## CERTIFICATE OF PRISON OFFICIAL

I certify that the attached statement is an accurate copy of the inmate trust fund account statement or institutional equivalent for the past six months for the prisoner named below.

Prisoner's Name: __Bobby E. Henard #01138778__

Signature of Authorized Prison Official: __MZB__

Date: __6/1/2022__