IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01459-GPG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

BOBBY E. HENARD,

    Plaintiff,

v.

CITY OF DENVER CNTY OF DENVER,
DENVER HEALTH,
SETH HUMPHRIES,

    Defendants.

ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff Bobby E. Henard is detained at the Jefferson County Detention Facility in Golden, Colorado. On June 9, 2022, he filed *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 29 U.S.C. § 1915. (ECF No. 1).

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that Plaintiff must cure the following deficiencies if he wishes to pursue claims in this action. Any papers that Plaintiff files in response to this order must be labeled with the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) __ is not submitted
(2) __ is missing affidavit
(3) xx is missing certified copy of prisoner's trust fund statement <u>for the 6-month period immediately preceding this filing</u>
(4) __ is missing certificate showing current balance in prison account
(5) __ is missing required financial information

1

(6) xx    is missing authorization to calculate and disburse filing fee payments (<u>authorization is unsigned</u>)
(7) __    is missing an original signature by the prisoner
(8) __    is not on proper form:
(9) __    names in caption do not match names in caption of complaint, petition or habeas application
(10) xx   other: <u>In the alternative, Plaintiff may pay the $402 filing and administration fee</u>

**Complaint, Petition or Application**:
(11) xx   is not submitted
(12) __   is not on proper form
(13) __   is missing an original signature
(14) __   is missing page nos.
(15) __   uses et al. instead of listing all parties in caption
(16) __   names in caption do not match names in text
(17) __   addresses must be provided for all defendants/respondents in "Section B. "Defendant(s) Information" of complaint, petition or habeas application
(18) __   other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain and utilize the current court-approved form for filing a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 29 U.S.C. § 1915 (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, this action will be dismissed

2

without further notice.  The dismissal shall be without prejudice.

DATED June 10, 2022, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge