# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JUN 15 2022**

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

**Bobby E Henard**, Plaintiff

v.

1. **City of Denver, City**
2. **Denver Health**
3. **Seth Humphrey**
4. **Jordan Christensen**, Defendant(s).

**Jury Trial "Demand"**

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## PRISONER COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

"See Attached"

5. John Doe Student Paramedic.

6. John/Jane Doe Doctor

7. John/Jane Doe Nurse.

Defendants

## A.   PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Bobby E Henard #0138778

(Name, prisoner identification number, and complete mailing address)

PO Box 16700 Golden, Co 80402

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

- ✓ Pretrial detainee
- ___ Civilly committed detainee
- ___ Immigration detainee
- ___ Convicted and sentenced state prisoner
- ___ Convicted and sentenced federal prisoner
- ___ Other: *(Please explain)* _____

## B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:   City of Denver; County of Denver

(Name, job title, and complete mailing address)

Municipality Entity

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  ✓ Yes ___ No *(check one)*. Briefly explain:

Seized Unlawfully And Restrained By Denver Parmedics Injected With Ketamine.

Defendant 1 is being sued in his/her ___ individual and/or ✓ official capacity.

2

Defendant 2: "Denver Health" 777 S. Broadway St
(Name, job title, and complete mailing address)
Denver, Co 80203 Head Hospital

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (check one). Briefly explain:
Was taken to Denver Health on 6-2-2020 Unlawfully By Paramedics

Defendant 2 is being sued in his/her ___ individual and/or ✓ official capacity.

Defendant 3: Seth Humphrey Denver Paramedic
(Name, job title, and complete mailing address)
601 Broadway Street, Den

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (check one). Briefly explain:
Unlawfully Seized and forcibly Injected With Ketamine Against Will Without Consent.

Defendant 3 is being sued in his/her ✓ individual and/or ✓ official capacity.

## C.    JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

✓  42 U.S.C. § 1983 (state, county, and municipal defendants)

___  *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___  Other: *(please identify)* Monell Claim Against City

3

## D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action.  For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim.  You do not need to cite specific legal cases to support your claim(s).  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s).  Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: 4th and 14th Amendment Violations: Seizure And UNREASONABLE

Supporting facts: " USE OF EXCESSIVE force: Retaliation 1st Amend

1.) Plaintiff on 6-2-2021 Was Denied His Constitutional Right to Refuse Medical from Denver Paramedics.

2.) Plaintiff Adamantly informed Denver Paramedics on 6-2-2021 He Did Not Want their Serices. 4th and 8th

3.) Plaintiff was Unreasonablly Strapped to A gurney by Denver Paramedics on 6-2-2021 Against His Will. 4th and 8th

4

"B. Defendants Information "

4. JORDAN CHRISTENSEN is Being Sued In His Individual And Official Capacity. Is Denver Paramedic of Denver Health. Works Under Color Of State And Federal Law. And Address is 601 Broadway Street, Denver, Colorado 80203

5. John Doe Student is Being Sued In His Individual And Official Full Capacity. Was Working As A Denver Paramedic Under Color of State And Federal Law. And Address is of 601 Broadway Street, Denver, Colorado 80203

6. Denver Health John/Jane Doe Doctor.

7. Denver Health John/Jane Doe Nurse.

3A

"B. Defendants Information"

6. John Jane Doe Doctor is Being Sued In their full Indi-vidual And Officials Capacity. Works under color of State And Federal Law As A Doctor For Denver Health. Addressed at 777 South Broadway Street, Denver, Colorado 80203

7. John/Jane Doe Denver Health Nurse is Being Sued in their full Individual And Official Capacity And Works As A Nurse. Under Color of State And Federal Law At 777 South Broadway Street, Denver, Colorado 80203

3B

## E.   PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."* Henard r Governor;

Name(s) of defendant(s):   Henard v. Lavine, Henard v. Columbine Tower
1:21-cv 02032, 1:21-cv-01888-GPG

Docket number and court:   _____

Claims raised:   _____

Disposition: (is the case still pending? has it been dismissed?; was relief granted?)   (3) Three Dismissed Without Predjudice Relating Henard v. Gov. And others As Well.

Reasons for dismissal, if dismissed:   Fail to Cure Deficiencies Denied Access to Courts LAW Library in Jail. Destroyed Denied on 1:21-cv-02032 10th circuit

Result on appeal, if appealed:   Refiling on All Measures Possible

## F.   ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

✓ Yes ___ No (*check one*)      No Institutional Matter-

Did you exhaust administrative remedies?

✓ Yes ___ No (*check one*)

4. Defendant Seth Humphrey, ON 6-2-20 A Denver Paramedic Injected the Plaintiff with Ketamine, Unlawfully.

5) Defendant's Denver Paramedics ON 6-2-20 Seth Humphrey, Jordan Christen and John Doe Student Unlawfully Transported Pla-intiff to Denver Health Against his Will.

6.) Plaintiff Was Strapped ON A gurney And Not A Threat to Denver Par-amedic Defendants ON 6-2-2020.

7.) Plaintiff "Begged" to be Released to All Defendant's Denver Paramedics AND WAS Denied ON 6-2-2020.

8.) Plaintiff Being "Unlawfully Seized" And Injected Against his will with Ket-amine ON 6-2-2020, by Denver Paramedics.

9) Plaintiff's Rights on 6-2-2020 Was **violAted** by Refusing Medical. Forced With Injection of **K**etamine.

10.) Plaintiff's Protected "Speech" was Vio- -lated on 6-2-2020. Expressing to Defendant's Seth Humphrey, Jord- -An Christensen And John Doe Student That He "Refused" Medical. 1st, 14th

11.) Defendants Denver **Paramedics** Retal- -iated Against Plaintiff, for Prior Acts of Confrontation, Refusing Medical.

12.) Plaintiff was unlawfully Admitted in the Denver Health Emergency Intake on 6-2-2020, Against his will Unconscious.

13.) Defendant's Denver Paramedic's Seth, Jordan And John Doe Student Made False Reports on 6-2-2020. To Cover Up Excessive Force and Unlawful Acts, As Custom.

14.) Defendant's Seth Humphrey, Jordan Christens, And Student Aid John Doe Unlawfully Held Plaintiff Down On A Gurney. Against His Will. On 6-2-20.

15.) Defendant Seth Humphrey, Put I.V. In plaintiff's Arm. Despite his con- -stant pleadings to Refuse All Medical TREATMENT. On 6-2-20.

16.) Defendant Seth Humphrey On 6-2-2020 Was Not Authorized or Approved with A Doctor's Consent to "Inject" Plaintiff with Ketamine And Forced Treatment.

17.) Plaintiff Was Placed Under Illegal Detention On 6-2-2020 In Ambulance And Denver Health, As Unlawfully Seized. 4th and 14th Violation.

18.) Defendant's Denver Paramedic's Seized, And Injected Ketamine On 6-2-2020 As A Custom And Practice Unlawfully.

19.) Defendant's Denver Paramedics ON 6-2-2020 USED "Excessive Force" Injecting Ketamine IN Plaintiff. After He WAS Strapped Down ON Gurney, As A Widespread Custom.

20.) Plaintiff ON 6-2-2020 had A Altercation with Denver Paramedic's Defendants. 20 minutes Prior to being Taken Against his will AND Seized.

21.) Plaintiff WAS Unlawfully "Kidnapped," Re-Strained AND Druged with Ketamine. As A Retaliation from prior ENCOUNTER, With Denver Paramedic Defendants.

22.) Defendant's Seth Humphrey, Jordan Christensen And John Doe Student All forced Plain--tiff ON to Gurney ON 6-2-2020. Restrained Both Hands Down, Against His Will.

Claim II, "Monell Violation Unlawfully Treated"
4th, 14th Amendment Violations.

23) Plaintiff's Liberty of Substanial Due Process Was Violated By City of Denver on 6-2-2020.

24) Plaintiff's Rights Were Violated by City of Denver Authorizing Unlawful Acts of "Ketamine" Injections

25) City of Denver Agreed As Cont-rack Agreed to permit Unlawful Actions of "Ketamine" Injections As A Custom, practice And Policy.

26) Defendant's Denver Paramedics Seth H; Jordan C; And Student John Doe on 6-2-2020 Worked for City of Denver.

27) Plaintiff was Unlawfully Injected with "Ket-amine As "City of Denver" Allowed Unlawful Acts As A WideSpread Practice AND Custom.

-11-

29) Plaintiff on 6-2-2020 was Involun-larily made to Be Unreasonablly Seized in A Denver Health Hospital.

30) Plaintiff gave No consent to be in A Medical Hostpilal. Unlawfully Held Against his Will Illegally.

31) Denver Health Violated Plaintiff's Con-stitutional Rights under `MONELL, And Unreasonablly Held, Treated Plaintiff Unlawfully. on 6-2-2020

32) Denver Health Unreasonablly Seized Plain-tiff on 6-2-2020 As A Custom and practice. Placing I.V.'s In Arm With-Out consent to treat.

33) Plaintiff was Unconscious, Strapped to A Bed In Denver Health, Unlawfully As Seized. on 6-2-2020.

4th, 14th Amendment Violations.

Claim III Failure to Train; Monell Violation Denver Paramedic's Abuse of Ketamine Use Unlawfully As A **Practice**; Unlawful Consent to Treat.

34) Defendants "Denver Health" John Jane Does, Failed to Train Para-medics of 6-2-2020 Ketamine Injection of Plaintiff.

35) Defendants Seth, Jordan and John Doe Student All Unlawfully Acted As "Law Enforcement than" Paramed-ics. ON 6-2-2020

34) Defendants Seth, Jordan and John Doe Student Abused their position. Confined Plaintiff in Ambulance ON 6-2-2020 Against His Will. Acting As Police.

32.) Plaintiff was Restrained, Strapped to Gurney ON 6-2-2020 And Sedated. Then Confined To A Denver Health Medical Bed.

38) Defendant John/Jane Doe Denver Health Doctor on 6-2-2020 Did Unlawfully Treat And Hold the Plaintiff Against His Will.

39) Plaintiff Was Unconscious And the Defendant Doctor UNLAWfully did Medical Actions Against Plaintiff's Will. On 6-2-2020

40) Defendant's John/Jane Does of Denver Health Doctor And Nurse Unlawfully Treated Plaintiff Without No Consent OR Authorization ON 6-2-2020.

41) Plaintiff Was Unlawfully Injected With Ketamine by Defendant Seth Humphrey And Taken to Emergency As Kidnapping. ON 6-2-2020.

- 14 -

42) Plaintiff Suffers from Nightmares And has been Mentally Destroyed from Actions of 6-2-2020.

43) Defendant's Unlawfully Injected Plaintiff "(Seth H.)", With others Of Jordan C, And John Doe Student MAKING False Accusations As A Wide Custom And Practice ON 6-2-2020.

44) Defendant's All Unlawfully Did Allow Unauthorized Medical Actions to Be Carried Out After Illegal Ketamine Injection ON 6-2-2020.

45) Plaintiff Was No Danger to Self OR others. And WAS competent And Never Agreed to ANY Medical ON 6-2-2020, ONLYto be Ignored

46.) Defendant's Seth, Jordan And Denver PARAMEDIC Student. Were Actors of the State of Denver And Denied Plaintiff's Rights to Refuse Care. On 6-2-2020.

47.) Defendant John /Jane Doe Doctor on 6-2-2020 Unlawfully Done Medical Actions to Plaintiff With No Consent As A Actor of the State.

48.) Defendant John Jane Doe Nurse on 6-2-2020 Unlawfully Done Medical Treatment Against Plaintiff With No Consent As A Custom.

49.) Plaintiff was Violated by Being Held In A Hospital Against his Will, And No Consent Was ever given.

- 16 -

Attached Claim Relief "6A"

Settlement Claim For Damages Attached.

Punittive Damages For Emotional Stress And Mental Damages. With All Attorney Fees Paid. And All Deemed Fit For the Court in Matter. Set By A Jury Trial As Properly Deemed Fit.

28 USC § 1746  18 USC § 1621

I Declare all As True on this Day of 5-29-2022. I was Unlawfully Injected With Ketamine After I Told Paramedics on 6-2-2020 I Didn't Want their Medical And Was Fine Mentally And Physically. And Was Forced on A Gurney And Kidnapped Against My Will. 5/29/2020

-17-                                    Bobby Howard

# "Declaration"

# 28. U.S.C. §1746 18 USC §1621

Declaration Bobby F Edward.

On 6-2-2020 I had Minor Views of Medical Pain In My Back And Slight Breathing Due to the Heat And My Asthma. I was fully "Harassed" And Badgered By the Denver Health Paramedic's. Told the Denver Police, Fire Dept And the Denver Paramedic's I Was fine And Didn't WANT Treatment.

I had informed The Police And the Paramedics the First (1st)" Time And had A confrontation With Paramedic's Being Agressive And Acting As I WAS A Criminal Being Arrested. I Walked About Half Block and They CAME BACK And forced Me In "Ambulance". When I Refused Treatment.

— 1 —

"Declaration"

I Was Strapped to A Gurney
the Second time. I told the Police
Fire Dept I was Fine.

The Paramedics Act As if they Was
going to check My Blood Pressure
I told them I Was Fine And if
I felt Woese I Would go to A
Hostpital or Doctor.

The Paramedics Strapped Me Down
And "Ignored" My Request to Not
Want their "Medical Treatment".
I Was Injected With Ketamine
And Taken to Denver Health. I
Refused All Medical And Had A
I V IN My Arm. I Was Thrown
out Hostpital Naked And Have
Nightmares And Mental Problems Since.
I Sign this As true on 5-29-2022
-2- Bolly Hearue

## G.   REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

CITY of DenVeR IS BeiNG Sued IN It's Official CApAcity for 1 one Million Dollars for Monetary And CompensAtive Damage And 1 Million for Punitive. With All of Defendant's Sued for $500,000.00 Each In their Official CApacity And $100,000.00 IndividuAlly Compensative, And $50,000.00 Punitive. See Att.

## H.   PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Bellix E Henard

(Plaintiff's signature)

5-29-2022

(Date)

(Form Revised December 2017)

6





"INDIGENT"

FROM: 0113877-3
Bobby Rhodes
PO Box 16700
Golden, Co 80402
29-6D

TO:
UNITED STATES COURT
STATE OF COLORADO
CLERK OF COURT
901-19 ST A105
DEN, COLORADO
80201

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuse may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; June 2019; All rights reserved.

# UNITED STATES POSTAL SERVICE® | PRIORITY MAIL®

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

FIRMLY TO SEAL

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

## TRACKED ■ INSURED

To schedule free Package Pickup, scan the QR code.